AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 26, 2023**

SEAN F. McAVOY, CLERK

ADAM P.

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:23-CV-24-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔  other: Pursuant to the Order filed at ECF No. 15, the Commissioner's final decision is **reversed and remanded** under sentence
four of 42 U.S.C. §405(g). See ECF No. 14 at 1–3. On remand, the Appeals Council will refer the case to an Administrative
Law Judge ("ALJ") to: reevaluate the issue of disability for the relevant period at issue, including evaluating Plaintiff's
maximum residual functional capacity and obtaining evidence from a vocational expert to clarify the effect of the assessed
limitations on Plaintiff's ability to perform other work in the national economy.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

❏  decided by Judge   ROSANNA MALOUF PETERSON _____   on parties' Stipulated Motion to Remand.

Date:  7/26/2023
_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Ruby Mendoza
_____
*(By) Deputy Clerk*

Ruby Mendoza
_____